In the Matter of Angelo NICHOLS, Bankrupt.

No. 8647.

Circuit Court of Appeals, Ninth Circuit.

Aug. 30, 1937.

1018

Torregano & Stark, of San Francisco, Cal., for petitioner Martin, trustee.

Brobeck, Phleger & Harrison and M. B. Plant, all of San Francisco, Cal., for petitioner American Trust Co.

Before WILBUR and DENMAN, Circuit Judges.

PER CURIAM.

Upon consideration of petitions for allowance of appeals herein under section 24b of the Bankruptcy Act, as amended (11 U. S.C.A. § 47(b), and by direction of the court, ordered each petition denied.